# Exhibit 9



March 9, 2011

Vectren Corporation

One Vectren Square

Evansville, IN 47708

Dr. Brad Borum
Director of Electricity Division
Indiana Utility Regulatory Commission
PNC Center
101 West Washington, Suite 1500 East
Indianapolis, IN 46204

**FILED**
**March 09, 2011**
**INDIANA UTILITY**
**REGULATORY COMMISSION**

In RE: Vectren South Cause No. 43566-MISO 4
        MISO Demand Response Rider (Rider DR) Compliance Filing

Dear Dr. Borum:

Southern Indiana Gas and Electric Company d/b/a Vectren Energy Delivery of Indiana, Inc. ("Vectren South") hereby submits for filing a revised electronic version the following tariff sheets. The only modification to Vectren South's March 4, 2011 Compliance filing is correcting a typo on Sheet No. 62, Original Page 4 of 6 under "Settlements".

> Sheet No. 2, Second Revised Page 2 of 4 (Tariff Sheet Index)
> Sheet No. 15, First Revised Page 2 of 2 (Rate DGS)
> Sheet No. 16, First Revised Page 2 of 2 (Rate OSS)
> Sheet No. 17, First Revised Page 2 of 2 (Rate LP)
> Sheet No. 18, First Revised Page 2 of 2 (Rate HLF)
> Sheet No. 20, First Revised Page 2 of 2 (Rate MLA)
> Sheet No. 62, Original Page 1 of 6 (MISO Demand Response Rider)
> Sheet No. 62, Original Page 2 of 6 (MISO Demand Response Rider)
> Sheet No. 62, Original Page 3 of 6 (MISO Demand Response Rider)
> Sheet No. 62, Original Page 4 of 6 (MISO Demand Response Rider)
> Sheet No. 62, Original Page 5 of 6 (MISO Demand Response Rider)
> Sheet No. 62, Original Page 6 of 6 (MISO Demand Response Rider)

These tariff sheets are being filed in accordance with the Commission's Order approved on March 2, 2011, in Cause No. 43566-MISO 4, which approved Vectren South's proposed MISO Demand Response Rider (Rider DR, Sheet No. 62) filed as Exhibit JER-5. The remaining tariff sheets are being filed to reflect the applicability of Rider DR to certain Rate Schedules.

Please return a copy of the approved tariff sheets to me at the email address below.

Sincerely,

Katie J. Tieken
Rate Analyst
ktieken@vectren.com

Enclosures

Cc:
Robert M. Glennon, Esq.                    S. Albertson
3697 N. County Road 500 E.                 B. Heidorn
Danville, IN 46122                         J. Rosebrock
(317) 852-2723 (telephone)                 J. Ulrey
(317) 852-0115 (telecopy)                  M. Parsley

Southern Indiana Gas and Electric Company D/B/A     Sheet No. 2
Vectren Energy Delivery of Indiana, Inc. (Vectren South)     Second Revised Page 2 of 4
Tariff for Electric Service     Cancels First Revised Page 2 of 4
I.U.R.C. No. E-12

# TARIFF SHEET INDEX
(Continued)

| TARIFF SHEET NO. | | DESCRIPTION |
|---|---|---|
| | **RIDER** | **RIDERS** |
| 50 | IP | INTERRUPTIBLE POWER SERVICE |
| 51 | IP-2 | INTERRUPTIBLE POWER SERVICE |
| 52 | NM | NET METERING RIDER |
| 53 | LP-1 | EFFICIENCY INCENTIVE RIDER |
| 54 | DLC | DIRECT LOAD CONTROL RIDER |
| 55 | IC | INTERRUPTIBLE CONTRACT RIDER |
| 56 | IO | INTERRUPTIBLE OPTION RIDER |
| 57 | | RESERVED FOR FUTURE USE |
| 58 | ED | ECONOMIC DEVELOPMENT RIDER |
| 59 | AD | AREA DEVELOPMENT RIDER |
| 60-61 | | RESERVED FOR FUTURE USE |
| 62 | DR | MISO DEMAND RESPONSE RIDER |
| 63-64 | | RESERVED FOR FUTURE USE |
| | **APPENDIX** | **APPENDICES** |
| 65 | A | FUEL ADJUSTMENT CLAUSE |
| 66 | B | DEMAND SIDE MANAGEMENT ADJUSTMENT |
| 67 | C | RESERVED FOR FUTURE USE |
| 68 | D | OTHER CHARGES |
| 69-70 | | RESERVED FOR FUTURE USE |
| 71 | G | QUALIFIED POLLUTION CONTROL PROPERTY – MULTI-POLLUTANT CONSTRUCTION COST ADJUSTMENT |
| 72 | H | QUALIFIED POLLUTION CONTROL PROPERTY– MULTI-POLLUTANT OPERATING EXPENSE ADJUSTMENT |
| 73 | I | MISO COST AND REVENUE ADJUSTMENT |
| 74 | J | RELIABILITY COST AND REVENUE ADJUSTMENT |
| 75 | K | BLACKFOOT LANDFILL GENERATION ADJUSTMENT |
| 76-78 | | RESERVED FOR FUTURE USE |
| | **RATE** | **PURCHASE RATES** |
| 79 | CSP | COGENERATION AND SMALL POWER PRODUCTION |

Effective: March 4, 2011

Southern Indiana Gas and Electric Company D/B/A
Vectren Energy Delivery of Indiana, Inc. (Vectren South)
Tariff for Electric Service
I.U.R.C. No. E-12

Sheet No. 15
First Revised Page 2 of 2
Cancels Original Page 2 of 2

# RATE DGS
## DEMAND GENERAL SERVICE
(Continued)

**Appendices:**
The following Appendices shall be applied monthly:
- Appendix A – Fuel Adjustment Clause
- Appendix B – Demand Side Management Adjustment
- Appendix G – Qualified Pollution Control Property – Multi-Pollutant Construction Cost Adjustment
- Appendix H – Qualified Pollution Control Property – Multi-Pollutant Operating Expense Adjustment
- Appendix I – MISO Cost and Revenue Adjustment
- Appendix J – Reliability Cost and Revenue Adjustment

**Riders:**
The following Riders are available to qualified Customers:
- Rider IP-2 – Interruptible Power Service
- Rider IO – Interruptible Option Rider
- Rider NM – Net Metering Rider
- Rider DLC – Direct Load Control Rider
- Rider DR – MISO Demand Response Rider

**Other Charges:**
The Other Charges set forth in Appendix D shall be charged to Customer, if applicable.

**DETERMINATION OF BILLING DEMAND**
The Billing Demand for the current month shall be the average load in Kilowatts during the 15-minute period of maximum use in such month, as determined by suitable instruments installed by Company, but not less than 60% of the highest metered demand established during the 12 months preceding the billing date.

**SEPARATE METERING**
When the lighting and power demands are metered separately, the Maximum Demand of the Month shall be the arithmetical sum of the highest demands of each meter. The energy use of the lighting and power meters shall be added.

**TERMS AND CONDITIONS OF SERVICE**
Service under this Rate Schedule shall be governed by Company's General Terms and Conditions and the Commission's Regulations.

Effective: March 4, 2011

Southern Indiana Gas and Electric Company D/B/A
Vectren Energy Delivery of Indiana, Inc. (Vectren South)
Tariff for Electric Service
I.U.R.C. No. E-12

Sheet No. 16
First Revised Page 2 of 2
Cancels Original Page 2 of 2

# RATE OSS
# OFF-SEASON SERVICE
(Continued)

**Riders:**

The following Riders are available to qualified Customers:
- Rider IP-2 – Interruptible Power Service
- Rider IO – Interruptible Option Rider
- Rider NM – Net Metering Rider
- Rider DLC – Direct Load Control Rider
- Rider DR – MISO Demand Response Rider

**Other Charges:**

The Other Charges set forth in Appendix D shall be charged to Customer, if applicable.

**DETERMINATION OF BILLING DEMAND**

The Billing Demand for the current month shall be the average load in Kilowatts during the 15-minute period of maximum use established during the previous months of June, July  August or September, as determined by suitable instruments installed by Company, but not less than 10 kW.

**TERMS AND CONDITIONS OF SERVICE**

Service under this Rate Schedule shall be governed by Company's General Terms and Conditions and the Commission's Regulations.

Effective: March 4, 2011

Southern Indiana Gas and Electric Company D/B/A
Vectren Energy Delivery of Indiana, Inc. (Vectren South)
Tariff for Electric Service
I.U.R.C. No. E-12

Sheet No. 17
First Revised Page 2 of 2
Cancels Original Page 2 of 2

# RATE LP
# LARGE POWER SERVICE
(Continued)

**Riders:**
The following Riders are available to qualified Customers:
- Rider IP – Interruptible Power Service
- Rider IP-2 – Interruptible Power Service
- Rider LP-1 – Efficiency Incentive Rider
- Rider IC – Interruptible Contract Rider
- Rider IO – Interruptible Option Rider
- Rider ED – Economic Development Rider
- Rider AD – Area Development Rider
- Rider DLC – Direct Load Control Rider
- Rider DR – MISO Demand Response Rider

**Other Charges:**
The Other Charges set forth in Appendix D shall be charged to Customer, if applicable.

## DETERMINATION OF BILLING DEMAND

Unless otherwise specified in the Contract, the Billing Demand for the current month shall be the average load in Kilovolt-Amperes during the 15-minute period of maximum use in such month, as determined by suitable instruments installed by Company, but not less than 60% of the highest metered Demand during the 12 months preceding the billing date and in no event less than 300 kVa.

Off-peak demands which will be disregarded in determining the Billing Demand shall be those demands created: on Saturdays, Sundays, and holidays designated by Company or between 8:00 P.M. and 7:00 A.M. on any other day; provided that the Billing Demand for the month shall never be less than 50% of the Maximum Demand created during such month regardless of when such Maximum Demand occurred.

Company reserves the right, upon thirty days notice, to change the off-peak periods when peak load conditions on Company's system make such modification necessary. Company shall not be required to increase the capacity of any service facilities in order to furnish off-peak demands.

## CONTRACT

For service hereunder, a written contract is required for an initial term of not less than three (3) years or for a longer period where unusual expenditures by Company may be necessary to provide service, and such contract shall continue for annual successive terms unless cancelled.  The contract may be cancelled by either party by giving written notice to the other party not less than one (1) year prior to the date of termination.

## TERMS AND CONDITIONS OF SERVICE

Service under this Rate Schedule shall be governed by Company's General Terms and Conditions and the Commission's Regulations.

Effective: March 4, 2011

Southern Indiana Gas and Electric Company D/B/A          Sheet No. 18
Vectren Energy Delivery of Indiana, Inc. (Vectren South)   First Revised Page 2 of 2
Tariff for Electric Service                                Cancels Original Page 2 of 2
I.U.R.C. No. E-12

## RATE HLF
## TRANSMISSION POWER SERVICE
(Continued)

### Riders:
The following Riders are available to qualified Customers:
- Rider IP – Interruptible Power Service
- Rider IP-2 – Interruptible Power Service
- Rider IC – Interruptible Contract Rider
- Rider IO – Interruptible Option Rider
- Rider ED – Economic Development Rider
- Rider AD – Area Development Rider
- Rider DLC – Direct Load Control Rider
- Rider DR – MISO Demand Response Rider

### Other Charges:
The Other Charges set forth in Appendix D shall be charged to Customer, if applicable.

**DETERMINATION OF BILLING DEMAND**

The Billing Demand for the current month shall be the highest of the following:
(1)  the average load in Kilovolt-Amperes during the 15-minute period of maximum use in such month, as determined by suitable instruments installed by Company;
(2)  90% of the highest Billing Demand occurring during the 12 months preceding the billing date;
(3)  75% of the contract demand;
(4)  75% of the highest Billing Demand occurring during the term of the contract.

Off-peak demands which will be disregarded in determining the Billing Demand shall be those demands created at night from 8 P.M. to 7 A.M., on Saturdays, Sundays, and holidays designated by Company; provided that the Billing Demand for the month shall never be less than 50% of the Maximum Demand created during such month regardless of when such Maximum Demand occurred.

Company reserves the right, upon thirty days' notice, to change the off-peak periods when peak load conditions on Company's system make such modification necessary. Company shall not be required to increase the capacity of any service facilities in order to furnish off-peak demands.

### CONTRACT
For service hereunder, a written contract is required for an initial term of not less than five (5) years, or for a longer period where unusual expenditures by Company may be necessary to provide service, and such contract shall continue for equal successive terms unless cancelled. The contract may be cancelled by either party by giving written notice to the other party not less than three (3) years prior to the date of termination.

### TERMS AND CONDITIONS OF SERVICE
Service under this Rate Schedule shall be governed by Company's General Terms and Conditions and the Commission's Regulations.

Effective: March 4, 2011

Southern Indiana Gas and Electric Company D/B/A
Vectren Energy Delivery of Indiana, Inc. (Vectren South)
Tariff for Electric Service
I.U.R.C. No. E-12

Sheet No. 20
First Revised Page 2 of 2
Cancels Original Page 2 of 2

## RATE MLA
## MUNICIPAL LEVEE AUTHORITY SERVICE
(Continued)

**Appendices:**
The following Appendices shall be applied monthly:
• Appendix A – Fuel Adjustment Clause
• Appendix B – Demand Side Management Adjustment
• Appendix G – Qualified Pollution Control Property – Multi-Pollutant Construction Cost Adjustment
• Appendix H – Qualified Pollution Control Property – Multi-Pollutant Operating Expense Adjustment
• Appendix I – MISO Cost and Revenue Adjustment
• Appendix J – Reliability Cost and Revenue Adjustment

**Riders:**
The following Riders are available to qualified Customers:
• Rider IC – Interruptible Contract Rider
• Rider IO – Interruptible Option Rider
• Rider NM – Net Metering Rider
• Rider DR – MISO Demand Response Rider

**Other Charges:**
The Other Charges set forth in Appendix D shall be charged to Customer, if applicable.

**DETERMINATION OF BILLING DEMAND**
Billing Demand shall be the higher of Actual Demand and Contract Demand.

The Contract Demand for the current month shall be the demand amount agreed upon between the Customer and the Company in a contract.

The Actual Demand for the current month shall be the average load in Kilowatts during the 15-minute period of maximum use in such month, as determined by suitable instruments installed by Company.

**SEPARATE METERING**
When the lighting and power demands are metered separately, the Maximum Demand of the Month shall be the arithmetical sum of the highest demands of each meter. The energy use of the lighting and power meters shall be added.

**CONTRACT**
For service hereunder, a written contract is required for an initial term of not less than two (2) years and such contract shall continue for annual successive terms unless cancelled. The contract may be cancelled by either party by giving written notice to the other party not less than one (1) year prior to the date of termination.

**TERMS AND CONDITIONS OF SERVICE**
Service under this Rate Schedule shall be governed by Company's General Terms and Conditions and the Commission's Regulations.

Effective: March 4, 2011

Southern Indiana Gas and Electric Company D/B/A         Sheet No. 62
Vectren Energy Delivery of Indiana, Inc. (Vectren South)    Original Page 1 of 6
Tariff for Electric Service
I.U.R.C. No. E-12

## RIDER DR
## MISO DEMAND RESPONSE (DR) RIDER

### AVAILABILITY
This Rider shall be available throughout Company's Service Area. Company reserves the right to limit total MW participation in this Rider as set forth in the applicable Midwest Independent System Operator (MISO) Business Practices Manuals (BPM) or as required by Company. This Rider is effective on and after July 1, 2011.

### APPLICABILITY
This Rider is applicable to any Customer served under Rates DGS or OSS with prior year Maximum Demand greater than 70 kW, MLA, LP or HLF, who elects service hereunder and who meets the requirements specified in this Rider. Customer may participate in this Rider only with kVa or kW curtailment load not under obligation pursuant to Rider IC or IO or special contract.  Customer's curtailment load is not eligible for enrollment in any other demand response program either directly or through an Aggregator.

Customer must offer Company a minimum of one (1) MW of load reduction, or the greater minimum load reduction requirement that may be specified by the applicable MISO BPM for the type of resource offered by Customer. Customer may participate in an Aggregation as defined below in order to meet the minimum requirement.

Participation under this Rider by Customer shall not begin until:
1. MISO has accepted and approved all applicable requirements for resource participation,
2. execution of the required Service Agreement as described below,
3. installation and operational readiness of required electric metering and dedicated telemetry, and
4. collection of sufficient data for the determination of applicable baseline load.

### CHARACTER OF SERVICE
Participation in this Rider is optional and offers Customer the opportunity to reduce its electric costs by beneficially augmenting Company's participation in the MISO wholesale energy market and the Company's efforts to preserve reliable electric service, through Customer's provision of a load reduction during MISO high price periods and declared emergency events.

This Rider offers Customer indirect access to certain MISO demand response programs. Additional programs consistent with this Rider's provisions may be offered as Customer preferences and demand develop.  All services provided pursuant to this Rider are subject to and must be compliant with the MISO Tariff as it may change from time-to-time.

Programs to be offered upon commencement of this Rider are:
1) Emergency Demand Response (EDR) Program
2) Demand Response Resource (DRR) Type I Energy Program

Effective July 1, 2011

Southern Indiana Gas and Electric Company D/B/A          Sheet No. 62
Vectren Energy Delivery of Indiana, Inc. (Vectren South)     Original Page 2 of 6
Tariff for Electric Service
I.U.R.C. No. E-12

## RIDER DR
## MISO DEMAND RESPONSE (DR) RIDER
(Continued)

Customer taking service under this Rider is prohibited from taking service under Rate BAMP - Back-up, Auxiliary, and Maintenance Power Services - during an event under this Rider.

### AGGREGATION
An approved Aggregator may aggregate demand response capabilities of multiple Customers to facilitate Customer's participation in this Rider. Aggregator is subject to all of the requirements set forth for Customer as specified in this Rider. Company shall have final approval over participation of Aggregator and final integration of business processes of Aggregator with Company. An Aggregator may be a single Customer with multiple premises.   A Customer may serve as a third-party aggregator.

A potential Aggregator must provide to Company:
- Most recent audited financial statements
- Parent company and affiliate information
- A completed Corporate Information Sheet
- A demonstration to Company of satisfactory measurement and verification processes suitable for use by Company for settlement, reporting, monitoring and forecasting purposes.

Each Customer included as part of an aggregation of Customers must be identified by Aggregator and all information required for Customer participation and registration must be provided to Company by Aggregator. Customer must confirm to Company its selection of Aggregator. Customer may not be represented by more than one Aggregator.  Customer may not participate through an Aggregator while simultaneously participating as an individual Customer under this Rider.

### SERVICE AGREEMENT
Customer or Aggregator must enter into a service agreement with Company for a minimum period of one year.

Service agreements covering multiple premises will include an addendum for each participating premises.

Company reserves the right to refuse participation or to terminate participation in this Rider based on Customer or Aggregator credit standing.

Effective July 1, 2011

Southern Indiana Gas and Electric Company D/B/A       Sheet No. 62
Vectren Energy Delivery of Indiana, Inc. (Vectren South)       Original Page 3 of 6
Tariff for Electric Service
I.U.R.C. No. E-12

## RIDER DR
## MISO DEMAND RESPONSE (DR) RIDER
(Continued)

### LOAD REDUCTION PLAN COMPLIANCE OPTIONS
The load reduction plan compliance options available for a particular MISO demand response resource type will be specified in the service agreement.  Customer or Aggregator may elect either of the following options:

**Firm Demand Level (FDL)**
Customer or Aggregator electing this option agrees, upon notification by Company, to limit demand to a firm load level. The method to compute the amount of the demand reduction will be specified in the service agreement.

**Fixed Reduction Amount (FRA)**
Customer or Aggregator electing this option agrees, upon notification by Company, to reduce usage below the Baseline Level by the amount agreed to by Company.  The method to compute the amount of the demand reduction will be specified in the service agreement.

Customer must assist and coordinate with Company to complete all MISO registration requirements by the timelines set forth in the applicable MISO BPMs.  Customer must comply with testing requirements as specified by MISO. Customer must demonstrate load reduction capability annually as specified by MISO and Company. Participation will immediately be suspended upon a MISO determination that Customer's resource is not a qualified resource for the purpose for which it is enrolled.

The default baseline determination methodology will be the MISO default methodology, absent a MISO approved variation agreed upon between the Company and the participant. Customer or Aggregator must inform Company of any maintenance or operating changes that will alter the load level at the enrolled premises.

### METERING REQUIREMENTS
If Customer does not have appropriate meters and telemetry for the applicable DR Program, it may be installed by Company, at Customer expense, prior to participating in this Rider. Customer or Aggregator may elect to install metering and telemetry, with Company approval of the equipment selected.  Company reserves the right to test and inspect the equipment.  The following metering requirements are applicable to the programs:

1) EDR Program – 1 hour metering (or as stated in MISO BPMs if shorter)
2) DRR Type I Energy Program – 5 minute metering (or as stated in MISO BPMs if shorter)

If the Customer resource is a Behind the Meter Generator (BTMG), the Customer must comply with BTMG provisions as stated in the applicable MISO BPMs.

Effective July 1, 2011

Southern Indiana Gas and Electric Company D/B/A          Sheet No. 62
Vectren Energy Delivery of Indiana, Inc. (Vectren South)   Original Page 4 of 6
Tariff for Electric Service
I.U.R.C. No. E-12

## RIDER DR
## MISO DEMAND RESPONSE (DR) RIDER
(Continued)

### PROGRAM EQUIPMENT OR SOFTWARE
Company shall specify program communication requirements in the service agreement, which may include software to be used to provide Company with Customer-specified offer parameters and participation elections. Customer may purchase from Company or third-party suppliers any other equipment or software packages necessary to facilitate participation in this Rider. It is Customer's responsibility to ensure the compatibility of third-party equipment or software packages with Company-owned equipment or software packages.

Company will utilize electronic mail as the primary means to notify Customer of events and to process Customer participation updates.   Customer will be responsible for providing its own internet access if needed.   In the event that the Internet system is temporarily unavailable, Company will notify Customer of an alternative participation update process.  Company will provide written documentation and training on the process to be used by Customer.

### DAILY PROGRAM PARTICIPATION
Customer or Aggregator participation in DR Programs will be offered by Company to MISO for potential load reduction daily, as applicable. Customer or Aggregator has the option of participating or not participating on any particular day, as applicable, provided Customer or Aggregator notifies Company prior to 8:00 A.M. Central Standard Time on the day before the day they do not wish to provide an energy offer.  Participating Customer demand response will be included in the daily offers by Company to MISO unless Customer specifies that it does not wish to participate on a particular day by the aforementioned deadline.

### RATES AND CHARGES

| Item | Frequency | Amount |
|---|---|---|
| Registration | Annual | $1,000.00 |
| Modification to Registration | Per Occurrence | $100.00 |
| Change to Day Ahead Bid Entry | Per change after fifteen (15) per month | $100.00 |
| Meter Reading and Other Direct Costs | Per Occurrence | At Cost |
| Percent of the MISO proceeds less any other previously collected RATES AND CHARGES not previously credited | Bids Cleared by MISO | 10% |

### SETTLEMENTS
The Company will remit or invoice to Customer the net proceeds from participating in this Rider.

Effective July 1, 2011

Southern Indiana Gas and Electric Company D/B/A          Sheet No. 62
Vectren Energy Delivery of Indiana, Inc. (Vectren South)   Original Page 5 of 6
Tariff for Electric Service
I.U.R.C. No. E-12

## RIDER DR
## MISO DEMAND RESPONSE (DR) RIDER
(Continued)

A true-up shall take place following any additional settlement from MISO. The Company will deduct the retail rate for the energy not consumed by the Customer pursuant to this Rider and applicable administrative fees set forth in RATES AND CHARGES.

### FAILURE TO PERFORM
Customer is obligated to reduce load as communicated by Company in accordance with the MISO dispatch instruction.  If the Customer does not reduce load by the bid amount within the prescribed notice time, for the prescribed duration and other parameters, the Company may incur penalties and other charges.  Such penalties and other charges will be imposed on the Customer plus a $500 fee for the Company's administrative costs incurred to determine and pay the penalty to MISO.

All non-compliance usage above the FDL, or the Baseline Level less the FRA, will be assessed all applicable charges consistent with the provisions in the applicable MISO BPMs.

The Company may terminate the Customer's participation in this Rider if MISO precludes the Customer's load from being offered into the MISO market or if Participant's failure to reduce load adversely impacts reliability.

Company reserves the right to terminate Customer participation under this Rider for repeated failure to follow load reduction requests at the offered load reduction amounts or for failure to pay applicable charges.

### TERMS AND CONDITIONS
Except as provided in this Rider, Customers served under Rates DGS, OSS, MLA, LP or HLF will be billed for all demand and energy used under the terms and conditions and at the rates and charges of Customer's applicable Rate Schedule. In addition, Customers will receive payments for participation in this Rider based upon the elected program as outlined above and in the service agreement.

Agreements under this Rider will in no way affect Company's and Customer's respective obligations regarding the rendering of and payment for electric service under the applicable Rate Schedules. Customer is responsible to monitor and control its demand and energy usage before, during, and after an event period under this Rider.

Effective July 1, 2011

Southern Indiana Gas and Electric Company D/B/A          Sheet No. 62
Vectren Energy Delivery of Indiana, Inc. (Vectren South)     Original Page 6 of 6
Tariff for Electric Service
I.U.R.C. No. E-12

## **RIDER DR**
## **MISO DEMAND RESPONSE (DR) RIDER**
(Continued)

**LIMITATION OF LIABILITY**
To the fullest extent permitted by law, Customer shall indemnify, defend and hold harmless Company and its parent company, subsidiaries, affiliates and their respective shareholders, officers, directors, employees, agents, representatives, successors and assigns (collectively, the "Indemnified Parties"), from and against any and all claims, actions, suits, proceedings,
losses, liabilities, penalties, fines, damages, costs or expenses, including without limitation reasonable attorneys' fees (Claim), resulting from (a) any breach of the representations, warranties, covenants and obligations of Customer under this Agreement, (b) any act or
omission of Customer, whether based upon Customer's negligence, strict liability or otherwise, in connection with the performance of this Agreement, or (c) any third party claims of any kind,
whether based upon negligence, strict liability or otherwise, arising out of or connected in any way to Customer's performance or nonperformance under this Agreement.

Neither Party to this Agreement shall be liable for consequential damages of any kind related to performance or non-performance under this Agreement.

Effective July 1, 2011