# Exhibit 12

**I.U.R.C. NO. 15**                                          **ORIGINAL SHEET NO. ___**
**INDIANA MICHIGAN POWER COMPANY**
**STATE OF INDIANA**

## RIDER D.R.S.1
### (Demand Response Service - Emergency)

<u>Availability of Service</u>.

     Available for demand response service (DRS) to customers taking firm service from the Company under Riders M.G.S., M.G.S.-TOD, L.G.S., L.G.S.-TOD, I.P., M.S., W.S.S., E.H.S., or E.H.G. who have the ability to curtail load under the provisions under this Rider. Each customer electing service under this Rider shall contract for a definite amount of DRS capacity, not to exceed the customer's normal demand capable of being curtailed.

     The Company reserves the right to limit the aggregate amount of DRS capacity contracted for under this Rider, Tariff C.S.-IRP and Tariff C.S.-IRP2 to 235 MVA. The Company will take DRS requests in the order received. The customer's DRS capacity under this Rider will be enrolled in the PJM Interconnection, L.L.C. RTO (PJM) Emergency Demand Response Program through the Company. The customer's DRS capacity is not eligible for enrollment in any PJM demand response program either directly or through a curtailment service provider. <u>Customer's participating in this Rider may elect to use the services of curtailment service providers provided that such arrangements do not violate the terms and conditions of this Rider.</u>

<u>Conditions of Service</u>.

(1) The provisions of this Rider qualify under the PJM Emergency Demand Response Program as of the effective date. The Company reserves the right to make changes to this Rider in order to continue to qualify under the PJM Emergency Demand Response Program, or otherwise, as appropriate.

(2) The Company reserves the right to call for (request) customers to curtail their DRS load when an Emergency Mandatory Load Management Reduction Action has been issued by PJM.

(3) The Company will endeavor to provide as much advance notice as possible of curtailments under this Rider including an estimate of the duration of such curtailments. However, the customer's DRS load shall be curtailed within 90 minutes if so requested.

(4) All curtailments will apply for the delivery year which is defined by PJM as June 1 through May 31 of the following year. Contracts will apply for multiple delivery years.

(5) In no event shall the customer be subject to DRS load curtailment under the provisions of this Rider for more than ten (10) interruptions during any delivery year and each interruption shall last no more than six (6) hours. The customer must agree to be subject to DRS curtailments of up to six (6) consecutive hours' duration for each curtailment event, on weekdays between 12 noon and 8 p.m., Eastern Time, for the months May through September and between 2 p.m. and 10 p.m., Eastern Time, for the months October through April.

(6) The Company will inform the customer regarding the communication process for notices to curtail. The customer is ultimately responsible for receiving and acting upon a curtailment notification from the Company. The customer is not responsible in the event the Company fails to properly issue a curtailment notification.

(7) During each delivery year the Company will conduct a test and verify the customer's ability to curtail as required by PJM. However, if a curtailment event is called by PJM prior to the test, then the event shall be considered the test for the delivery year. The Company reserves the right to re-test all customers if the Company does not achieve the minimum 75% compliance testing standards for all of the Company's DRS customers as required by PJM. Additionally, the Company reserves the right to retest individual customers that fail to comply during a test. These tests must be conducted for one hour on a weekday between 12 noon and 8 p.m., Eastern Time, from June 1 through September 30 during the delivery year.

(Cont'd on Sheet No. __.__)

**ISSUED BY**                              **COMMENCING WITH THE FIRST BILLING**
**PAUL CHODAK III**                        **CYCLE IN THE MONTH OF _____ 2010**
**PRESIDENT**
**FORT WAYNE, INDIANA**                    **ISSUED UNDER AUTHORITY OF THE**
                                           **INDIANA UTILITY REGULATORY COMMISSION**
                                           **DATED _____ __, 2010**
                                           **IN CAUSE NO. 43566 PJM 1**

I.U.R.C. NO. 15                                          ORIGINAL SHEET NO. ___
**INDIANA MICHIGAN POWER COMPANY**
**STATE OF INDIANA**

## RIDER D.R.S.1
### (Demand Response Service - Emergency)

(Cont'd from Sheet No. ___)

(8)   If the customer fails to comply with the provisions of curtailment under this Rider, the Company and the customer will discuss methods to comply during future events. If the problem cannot be resolved to the Company's satisfaction the Company reserves the right to suspend service to the customer under this Rider for 90 days while requesting Commission approval to discontinue service to the customer under this Rider.

(9)   The minimum DRS capacity contracted for under this Rider will be 250 kW. Customers with multiple electric service accounts may aggregate those individual accounts to meet the 250 kW minimum DRS capacity requirement under this Rider; however, the DRS capacity committed for each individual account shall not be less than 50 kW.

(10)  The Company reserves the right to call for (request) customers to curtail their DRS load when, in the sole judgment of the Company, an emergency condition exists on the American Electric Power (AEP) System. The Company shall determine that an emergency condition exists if curtailment of load served under this Rider is necessary in order to maintain service to the Company's other firm service customers according to the AEP System Emergency Operating Plan.

(11)  **NO RESPONSIBILITY OR LIABILITY OF ANY KIND SHALL ATTACH TO OR BE INCURRED BY THE COMPANY OR THE AEP SYSTEM FOR, OR ON ACCOUNT OF, ANY LOSS, COST, EXPENSE, OR DAMAGE CAUSED BY OR RESULTING FROM, EITHER DIRECTLY OR INDIRECTLY, ANY CURTAILMENT OF SERVICE UNDER THE PROVISIONS OF THIS RIDER.**

Customer Baseline Load Calculation.

A Customer Baseline Load (CBL) will be calculated for each hour corresponding to each curtailment event hour. Normally, the CBL will be calculated for each hour as the average corresponding hourly demands from the highest four (4) out of the five (5) most recent similar non-event days in the period preceding the relevant curtailment event. The highest load days are defined as the similar days (Weekday, Saturday, Sunday/Holiday as defined by PJM) with the highest energy consumption spanning the curtailment event hours. In cases where the normal calculation does not provide a reasonable representation of normal load conditions, the Company and the customer may develop an alternative CBL calculation that more accurately reflects the customer's normal consumption pattern.

Curtailed Demand.

The customer's Curtailed Demand shall be determined based upon the method of measurement chosen by the customer. The customer may choose one of two methods to measure the curtailed demand: 1) Guaranteed Load Drop (GLD) or 2) Firm Service Level (FSL). The method chosen shall remain in effect for the entire contract period.

(1)   Guaranteed Load Drop Method

   (a)   Each customer must designate a Guaranteed Load Drop (GLD), which amount shall be the minimum demand reduction that the customer will provide for each hour during a curtailment event or during a curtailment test.

(Cont'd on Sheet No. ___._)

**ISSUED BY**                                **COMMENCING WITH THE FIRST BILLING**
**PAUL CHODAK III**                          **CYCLE IN THE MONTH OF _____ 2010**
**PRESIDENT**
**FORT WAYNE, INDIANA**                      **ISSUED UNDER AUTHORITY OF THE**
                                             **INDIANA UTILITY REGULATORY COMMISSION**
                                             **DATED _____ __, 2010**
                                             **IN CAUSE NO. 43566 PJM 1**

**I.U.R.C. NO. 15**                                    **ORIGINAL SHEET NO. ___**
**INDIANA MICHIGAN POWER COMPANY**
**STATE OF INDIANA**

## RIDER D.R.S.1
### (Demand Response Service - Emergency)

(Cont'd from Sheet No. ___)

(b)    If the customer fails to fully comply with a request for curtailment under the provisions of this Rider or does not reduce load by the full GLD, a non-compliance charge shall apply. For this purpose, Actual Load Drop (ALD) is defined as the difference between the customer's CBL and their actual hourly load. If the ALD is less than the GLD, the Event Non-Compliance Demand shall be equal to the average difference between the GLD and the ALD occurring during the hours of the curtailment event. Otherwise, the Event Non-Compliance Demand shall be zero (0).

(2)    Firm Service Level (FSL) Method

(a)    Firm Service Level Peak Load Contribution (PLC) – The customer's PLC will be calculated each year as the average of its load during PJM's five (5) highest peak loads during the twelve month period ended October 31 of the previous year.

(b)    Available Curtailable Demand (ACD) - The customer must designate an ACD, defined as the difference between the PLC and the Firm Service Level (FSL). The FSL is the demand to which the customer agrees to reduce load to or below for each hour during a curtailment event.

(c)    If the customer fails to fully comply with a request for curtailment under the provisions of this Rider, then the Non-Compliance Charge shall apply. If a customer is operating at or below their designated FSL during an event, it will be understood that they have no DRS capacity available with which to comply and will not be charged a non-compliance penalty. If the metered demand during the curtailment event is above the FSL, the Event Non-Compliance Demand shall be equal to the average difference between the customer's metered demand and the FSL during the hours of the curtailment event. Otherwise the Event Non-Compliance Demand shall be zero (0).

Curtailed Energy.

The Curtailed Energy shall be determined for each curtailment event hour, defined as the difference between the customer's CBL for that hour and the customer's metered load for that hour.

Curtailment Credits.

The **Curtailment Energy Credit** shall be 90% of the AEP East Load Zone hourly Real-Time Locational Marginal Price (LMP) established by PJM (including congestion and marginal losses) for each curtailment event hour.

The **Curtailment Demand Credit** shall be calculated in $ per kW-month as the greater of (a) the four-year average RPM Clearing price for the applicable locational delivery area, calculated using the preceding delivery year, the delivery year and the subsequent two (2) delivery years and (b) 35% of the applicable PJM Reliability Pricing Model (RPM) Net Cost of New Entry (Net CONE) for the delivery year.

The Curtailment Demand Credit for the June 1, 2011 through May 31, 2012 delivery year is as follows:

(Cont'd on Sheet No. ___.__)

**ISSUED BY**                          **COMMENCING WITH THE FIRST BILLING**
**PAUL CHODAK III**                    **CYCLE IN THE MONTH OF _____ 2010**
**PRESIDENT**
**FORT WAYNE, INDIANA**                **ISSUED UNDER AUTHORITY OF THE**
                                       **INDIANA UTILITY REGULATORY COMMISSION**
                                       **DATED _____ __, 2010**
                                       **IN CAUSE NO. 43566 PJM 1**

I.U.R.C. NO. 15
INDIANA MICHIGAN POWER COMPANY
STATE OF INDIANA

ORIGINAL SHEET NO. ___

## RIDER D.R.S.1
### (Demand Response Service - Emergency)

(Cont'd from Sheet No. ___)

| Delivery Year | RPM Clearing Price $/MW-day (a) | 2011/2012 Net Cone $/MW-day | 35% of Net Cone $/MW-day (b) | Greater of (a) and (b) $/MW-day | Curtailment Demand Credit* $/kW-month |
|---|---|---|---|---|---|
| June 1, 2010 to May 31, 2011 | $174.29 | | | | |
| June 1, 2011 to May 31, 2012 | $110.00 | | | | |
| June 1, 2012 to May 31, 2013 | $16.46 | | | | |
| June 1, 2013 to May 31, 2014 | $27.73 | | | | |
| Four-Year Average | $82.12 | $171.40 | $59.99 | $82.12 | $2.498 |

* Curtailment Demand Credit in $/kW-month calculated as $/MW-day times 365 divided by 12,000.

Monthly Demand Credit.

The Monthly Demand Credit shall be applicable to each month the customer is served under this Rider, regardless of whether or not there are any curtailment events during the month.

1. Guaranteed Load Drop Method – The Monthly Demand Credit shall be equal to the product of the GLD and the Curtailment Demand Credit.

2. Firm Service Level (FSL) Method – The Monthly Demand Credit shall be equal to the product of the ACD and the Curtailment Demand Credit.

Monthly Event Credit.

An Event Credit shall be calculated for each event hour equal to the product of the Curtailed Energy for that hour and the Curtailment Energy Credit for that hour. The Monthly Event Credit shall be the sum of the hourly Event Credits for all events occurring in the calendar month, but shall not exceed the portion of the customer's monthly bill that is computed on a per KWH basis under the applicable Standard Rider for the same billing month. The customer shall not receive Event Credit for any curtailment events to the extent that the customer's DRS capacity is already reduced due to a planned or unplanned outage as a result of vacation, renovation, repair, refurbishment, force majeure, strike, economic conditions, or any situation other than the customer's normal operating conditions. Event Credits will not be withheld if the customer's DRS capacity is already reduced as a result of customer actions taken in anticipation of a curtailment.

Annual Non-Compliance Charge.

Charges for non-compliance will be based on the customer's Non-Compliance Demand which reflects any failure by the customer to fully comply with requests for curtailment under the provisions of this Rider during the months of June through September. The Annual Non-Compliance Charge will be computed at the completion of the September delivery month. The Annual Non-Compliance Charge shall be equal to the average Non-Compliance Demand times the Curtailment Demand Credit times 12.

(Cont'd on Sheet No. ___._)

ISSUED BY
PAUL CHODAK III
PRESIDENT
FORT WAYNE, INDIANA

COMMENCING WITH THE FIRST BILLING
CYCLE IN THE MONTH OF _____ 2010

ISSUED UNDER AUTHORITY OF THE
INDIANA UTILITY REGULATORY COMMISSION
DATED _____ __, 2010
IN CAUSE NO. 43566 PJM 1

I.U.R.C. NO. 15                                    ORIGINAL SHEET NO. ___
INDIANA MICHIGAN POWER COMPANY
STATE OF INDIANA

## RIDER D.R.S.1
### (Demand Response Service - Emergency)

(Cont'd from Sheet No. __)

In the event that the Annual Non-Compliance Charge is greater than zero, such charge shall be assessed as a uniform offset to the Customer Credits for remaining months of the delivery year, September through May. In no event shall the Annual Non-Compliance Demand Charge exceed the sum of the Customer Credits, excluding the Annual Non-Compliance Charge, for the delivery year.

Customer Credit.

The net amount of the Monthly Demand Credit, Monthly Energy Event Credit and Annual Non-Compliance Charge will be provided to the customer by check within 60 days after the end of the delivery month. A customer may request the aggregation of individual customer account credits into a single credit.

Term.

Contracts under this Rider shall be made for an initial period of four (4) delivery years and shall remain in effect until either party provides three (3) years' written notice prior to March 1 of its intention to discontinue service under the terms of this Rider for the fourth delivery year beginning after the notice is provided. Written notice deadlines through March 1, 2015 are as follows:

| Written Notice Deadline | Effective Date of End of Service under Rider |
|---|---|
| March 1, 2012 | June 1, 2015 |
| March 1, 2013 | June 1, 2016 |
| March 1, 2014 | June 1, 2017 |
| March 1, 2015 | June 1, 2018 |

Special Terms and Conditions.

Customer specific information, including, but not limited to DRS contract capacity, shall remain confidential.

If a new peak demand is set by the customer in the hour following a curtailment event due to the customer resuming the level of activity prior to the curtailment, the customer may request, in writing, that the customer's billing demand be adjusted to disregard that new peak. The Company will promptly evaluate all such requests and approve reasonable requests. In specific circumstances and subject to reasonable conditions, the Company may approve requests in advance.

ISSUED BY                          COMMENCING WITH THE FIRST BILLING
PAUL CHODAK III                    CYCLE IN THE MONTH OF _____ 2010
PRESIDENT
FORT WAYNE, INDIANA                ISSUED UNDER AUTHORITY OF THE
                                   INDIANA UTILITY REGULATORY COMMISSION
                                   DATED _____ __, 2010
                                   IN CAUSE NO. 43566 PJM 1