# Exhibit 14

**I.U.R.C. NO. 15**                                           **ORIGINAL SHEET NO. ___**
**INDIANA MICHIGAN POWER COMPANY**
**STATE OF INDIANA**

**RIDER D.R.S. 2**
**(Demand Response Service – Economic)**

Availability of Service**.**

  Available on a voluntary basis for demand response service (DRS2) to customers taking firm service from the Company under Riders M.G.S., M.G.S.-TOD, L.G.S., L.G.S.-TOD, I.P., M.S., W.S.S., E.H.S., or E.H.G. who have the ability to reduce consumption under the provisions under this Rider.  DRS2 is also available on a voluntary basis to customers taking interruptible service from the Company under Riders C.S. IRP and C.S. IRP2 except to the extent the customer's participation in DRS2 would keep the customer from meeting the load reduction requirements of the contract for C.S. IRP or C.S. IRP2 service.  DRS2 provides participating customers an opportunity to voluntarily respond to locational marginal prices (LMP) by reducing consumption and receiving a payment for such reduction during those times when LMP prices are high.

  The customer's demand response service under this Rider will be enrolled in the PJM Interconnection, L.L.C. RTO (PJM) Economic Demand Response Program through the Company.  The customer's demand response service is not eligible for enrollment in any PJM demand response program either directly or through a curtailment service provider.  Customer's participating in this Rider may elect to use the services of Curtailment Service Providers provided that such arrangements do not violate the terms and conditions of this Rider.

  A Curtailment Service Provider is an entity such as a PJM-qualified CSP that the customer has designated to facilitate all or some of the customer notifications and transactions under this Rider.

  The customer must provide written notice to the Company of any such designation.  Such written notice shall specify the authority that the customer has granted to the Curtailment Service Provider, including any authority to access customer data.  The customer is ultimately responsible for compliance with the terms and conditions of this Rider, including any charges under this Rider, in which the customer has voluntarily elected to participate.

  The term "customer" as used herein shall mean the customer or an aggregation of customers that have agreed for purposes of participation in this Rider to participate as an aggregation in the same manner as a single customer would under this Rider.  The term "participant" as used herein shall mean the customer or customer-designated Curtailment Service Provider as defined above.

Conditions of Service.

(1) The provisions of this Rider qualify under the PJM Economic Demand Response Program as of the effective date.  The Company reserves the right to make changes to this Rider in order to continue to qualify under the PJM Economic Demand Response Program, or otherwise, as appropriate.

(2) An interval meter is required.  The incremental cost of any special metering, communications or control equipment required for service under this Rider beyond that normally provided shall be borne by the customer.

(3) The Company will inform the participant regarding the communication process and timing required to participate under this Rider.  The Customer is ultimately responsible for receiving and acting upon notifications from the Company.

(Cont'd on Sheet No. __.__)

**ISSUED BY**                                    **COMMENCING WITH THE FIRST BILLING**
**PAUL CHODAK III**                              **CYCLE IN THE MONTH OF _____ 2011**
**PRESIDENT**
**FORT WAYNE, INDIANA**                          **ISSUED UNDER AUTHORITY OF THE**
               **INDIANA UTILITY REGULATORY COMMISSION**
               **DATED _____ __, 2011**
               **IN CAUSE NO. 43566 PJM 1**

Exhibit 1
Page 2 of 4

I.U.R.C. NO. 15                                              ORIGINAL SHEET NO. ___
**INDIANA MICHIGAN POWER COMPANY**
**STATE OF INDIANA**

## RIDER D.R.S. 2
### (Demand Response Service – Economic)

(Cont'd from Sheet No. __)

(4)    The participant shall not receive credit for any curtailment periods to the extent that the customer's DRS2 curtailable load is already reduced due to a planned or unplanned outage as a result of vacation, renovation, repair, refurbishment, force majeure, strike, economic conditions, or any event other than the customer's normal operating conditions.

(5)    **NO RESPONSIBILITY OR LIABILITY OF ANY KIND SHALL ATTACH TO OR BE INCURRED BY THE COMPANY OR THE AEP SYSTEM FOR, OR ON ACCOUNT OF, ANY LOSS, COST, EXPENSE, OR DAMAGE CAUSED BY OR RESULTING FROM, EITHER DIRECTLY OR INDIRECTLY, ANY CURTAILMENT OF SERVICE UNDER THE PROVISIONS OF THIS RIDER.**

Economic Demand Response Options.

Participants shall have three (3) economic demand response options to participate under DRS2.  The options include: (1) Day Ahead Market, (2) Real Time Market and (3) PJM Dispatched in Real Time.  A description of each DRS2 option is as follows:

1.    Day-Ahead Market
    a.    The Company submits an energy reduction Offer in the Day Ahead Market based upon information provided in advance by participant.  Company submissions to PJM can be made before Noon of the day before participation.
    b.    The minimum kW reduction Offer is 100 kW and offers must be in increments of 100 kW.
    c.    The Company monitors clearing results, which are made available after 4:00 P.M. of the day before participation.  The Company will notify the participant if the Offer was cleared in the Day-Ahead market.
    d.    If an Offer clears in the Day Ahead Market, the Company shall provide payment / credit to participant based on the Day-Ahead LMP.
    e.    If an Offer clears in the Day Ahead Market, the customer is obligated to curtail consistent with the Offer.
    f.    In the event the customer does not reduce sufficient load to meet the cleared Offer commitment, participant shall be billed at 90% of the Real Time LMP times the unreduced load plus Balancing Operating Reserve Charges.  Unreduced load shall be the positive difference between the customer's load reduction Offer and the customer's actual load reduced.

2.    Real Time Market
    a.    Participants electing this Real-Time Market option shall receive from the Company a notification when Day-Ahead LMP prices are in excess of $100/MWh, and at other times at the Company's discretion.  After receiving such notification from the Company, the participant may submit a Self-Scheduled energy reduction.  This provision does not preclude a participant from submitting a Self-Scheduled energy reduction to the Company for immediate submission to PJM during periods where such notification has not been provided by the Company.
    b.    The Company submits a Self-Scheduled energy reduction based upon information provided in advance by participant.  Company submissions to PJM can be made five (5) minutes to seven (7) days in advance of the energy reduction.

(Cont'd on Sheet No. __.__)

ISSUED BY                                        **COMMENCING WITH THE FIRST BILLING**
**PAUL CHODAK III**                              **CYCLE IN THE MONTH OF _____ 2011**
**PRESIDENT**
**FORT WAYNE, INDIANA**                          **ISSUED UNDER AUTHORITY OF THE**
                                                 **INDIANA UTILITY REGULATORY COMMISSION**
                                                 **DATED _____ __, 2011**
                                                 **IN CAUSE NO. 43566 PJM 1**

**I.U.R.C. NO. 15**                                       **ORIGINAL SHEET NO. ___**
**INDIANA MICHIGAN POWER COMPANY**
**STATE OF INDIANA**

**RIDER D.R.S. 2**
**(Demand Response Service – Economic)**

(Cont'd from Sheet No. __)

c.  The minimum kW reduction is 100 kW and offers must be in increments of 100 kW.
d.  The participant will provide the Company as much advance notice as possible of Self-Scheduled energy reductions.
e.  The Company shall provide payment / credit to participant for actual Real-Time load reductions based on the Real-Time LMP.
f.  In the event the customer does not reduce sufficient load to meet the Self Scheduled commitment, there is no charge to participant under this Rider.  Nevertheless, participant shall Self Schedule only when the customer intends to curtail.

3.  PJM Dispatched in Real Time
   a.  The Company submits operational information regarding the curtailment capability to PJM based upon information provided in advance by participant.
   b.  The minimum kW reduction is 100 kW and offers must be in increments of 100 kW.
   c.  The Company monitors PJM Real Time operations and notifies the participant if the customer's curtailment capability is dispatched by PJM.
   d.  The Company shall provide payment / credit to participant for load reductions that are dispatched by PJM based on actual load reduced, Real-Time LMP and the operational information provided by participant and submitted to PJM.
   e.  In the event the customer does not reduce sufficient load to meet the PJM Dispatched commitment, there is no charge to participant under this Rider.  Nevertheless, participant shall submit operational information that represents the customer's actual ability to curtail.

Curtailed Energy.

For each curtailment period, Curtailed Energy shall be defined as the difference between the customer's Customer Baseline Load (CBL) calculation and the customer's actual energy used during each hour of the curtailment period.

Customer Baseline Load Calculation.

A Customer Baseline Load (CBL) will be calculated for each hour corresponding to each curtailment event hour.  Normally, the CBL will be calculated for each hour as the average corresponding hourly demands from the highest four (4) out of the five (5) most recent similar non-event days in the period preceding the relevant curtailment event.  The highest load days are defined as the similar days (Weekday, Saturday, Sunday/Holiday as defined by PJM) with the highest energy consumption spanning the curtailment event hours.  In cases where the normal calculation does not provide a reasonable representation of normal load conditions, the Company and the participant may develop an alternative CBL calculation that more accurately reflects the customer's normal consumption pattern.

Curtailment Credit.

The Curtailment Credit shall be equal to the product of the Hourly Curtailed Energy and 90% of the applicable LMP (Day-Ahead or Real-Time, based upon Economic Demand Response Option) established by PJM (including congestion and marginal losses).  Curtailment Credits will not be provided for energy that is also receiving Curtailment Credits under Rider D.R.S. 1.

(Cont'd on Sheet No. __.__)

**ISSUED BY**                              **COMMENCING WITH THE FIRST BILLING**
**PAUL CHODAK III**                        **CYCLE IN THE MONTH OF _____ 2011**
**PRESIDENT**
**FORT WAYNE, INDIANA**                    **ISSUED UNDER AUTHORITY OF THE**
                                          **INDIANA UTILITY REGULATORY COMMISSION**
                                          **DATED _____ __, 2011**
                                          **IN CAUSE NO. 43566 PJM 1**

I.U.R.C. NO. 15                                          ORIGINAL SHEET NO. ___
**INDIANA MICHIGAN POWER COMPANY**
**STATE OF INDIANA**

**RIDER D.R.S. 2**
**(Demand Response Service – Economic)**

(Cont'd from Sheet No. __)

Settlement.

The credit, for any curtailments during the billing month, will be paid or credited to the participant within 60 days after the end of the billing month in which the curtailment occurred.  A customer may request the aggregation of individual customer account credits into a single credit.

Customer Charge.

Participants taking service under this Rider shall pay a monthly customer charge of $10.00 per account to offset the cost of the customer-related expenses for additional load determination and billing expenses.  If a change in metering equipment or functionality is required, participants taking service under this Rider shall pay the additional cost of installation.  The Company will make available to the participant the real time pulse metering data, if requested by the participant, for an additional fee.

Term.

Contracts under this Rider shall be made for an initial period of one (1) year and shall remain in effect thereafter until either party provides to the other at least 30 days' written notice of its intention to discontinue service under the terms of this Rider.

Special Terms and Conditions.

Individual customer information, including, but not limited to, operational information and Curtailment Options, shall remain confidential.

ISSUED BY                                     COMMENCING WITH THE FIRST BILLING
PAUL CHODAK III                               CYCLE IN THE MONTH OF _____ 2011
PRESIDENT
FORT WAYNE, INDIANA                           ISSUED UNDER AUTHORITY OF THE
                                              INDIANA UTILITY REGULATORY COMMISSION
                                              DATED _____ __, 2011
                                              IN CAUSE NO. 43566 PJM 1