# Exhibit 16

**Respondent's Exhibit 1**
**Page 1 of 7**

**I.U.R.C. NO. 15**                                   **ORIGINAL SHEET NO. ___**
**INDIANA MICHIGAN POWER COMPANY**
**STATE OF INDIANA**

## RIDER D.R.S. 3
### (Demand Response Service – Ancillary)

Availability of Service**.**

Demand Response Service (DRS3) is available to customers taking firm service from the Company under tariffs M.G.S., M.G.S.-TOD, L.G.S., L.G.S.-TOD, I.P., M.S., W.S.S., E.H.S., or E.H.G. who have the ability to reduce load under the provisions under this Rider.  DRS3 is also available on a voluntary basis to customers taking interruptible service under a contract with the Company, except to the extent the customer's participation in DRS3 would keep the customer from meeting the load reduction requirements of the contract. DRS3 provides participating customers an opportunity to offer demand response to meet the needs of the transmission system and receive a payment or credit for such demand response service.

The customer's demand response service under this Rider will be enrolled in the PJM Interconnection, L.L.C. RTO (PJM) Economic Demand Response Program through the Company, for the purpose of providing Ancillary Services.  The customer's demand response service is not eligible for enrollment in any PJM demand response program either directly or through a curtailment service provider.  Customer's participating in this Rider may elect to use the services of Curtailment Service Providers provided that such arrangements do not violate the terms and conditions of this Rider.

A Curtailment Service Provider is an entity such as a PJM-qualified CSP that the customer has designated to facilitate all or some of the customer notifications and transactions under this Rider.

The customer must provide written notice to the Company of any such designation.  Such written notice shall specify the authority that the customer has granted to the Curtailment Service Provider, including any authority to access customer data.  The customer is ultimately responsible for compliance with the terms and conditions of this Rider, including any charges under this Rider, in which the customer has voluntarily elected to participate.

The term "customer" or "resource" as used herein shall mean the customer or an aggregation of customers that have agreed for purposes of participation in this Rider to participate as an aggregation in the same manner as a single customer would under this Rider.  The term "participant" as used herein shall mean the customer or customer-designated Curtailment Service Provider as defined above.

Conditions of Service.

(1)    The provisions of this Rider qualify under the PJM Economic Demand Response Program as of the effective date, and as such, the customer must be registered in the PJM Economic Demand Response program.  The Company reserves the right to make changes to this Rider in order to continue to qualify under the PJM Economic Demand Response Program, PJM manual changes and/or any changes to regulatory standards that apply.

(2)    Ancillary product specific metering and/or telemetering is required.  Meter and telemetry equipment shall meet the minimum PJM and Company requirements for each Ancillary Service desired to be supplied by the customer.  The incremental cost of any special metering, communications, control equipment and all equipment required to integrate into the Company's systems required for service under this Rider beyond that normally provided shall be borne by the customer.

(Cont'd on Sheet No. __.__)

**ISSUED BY**                                        **COMMENCING WITH THE FIRST BILLING**
**PAUL CHODAK III**                                  **CYCLE IN THE MONTH OF _____ 2011**
**PRESIDENT**
**FORT WAYNE, INDIANA**                              **ISSUED UNDER AUTHORITY OF THE**
                                                     **INDIANA UTILITY REGULATORY COMMISSION**
                                                     **DATED _____ __, 2011**
                                                     **IN CAUSE NO. 43566 PJM 1**

**Respondent's Exhibit 1**
**Page 2 of 7**

**I.U.R.C. NO. 15**                                          **ORIGINAL SHEET NO. ___**
**INDIANA MICHIGAN POWER COMPANY**
**STATE OF INDIANA**

## RIDER D.R.S. 3
### (Demand Response Service – Ancillary)

(Cont'd from Sheet No. __)

(3)   The Company will inform the participant regarding the communication process and timing required to participate under this Rider.  The customer is ultimately responsible for receiving and acting upon notifications from the Company.

(4)   The participant shall not receive credit for any curtailment periods to the extent that the customer's DRS3 curtailable load is already reduced due to a planned or unplanned outage as a result of vacation, renovation, repair, refurbishment, force majeure, strike, economic conditions, or any event other than the customer's normal operating conditions.

(5)   **NO RESPONSIBILITY OR LIABILITY OF ANY KIND SHALL ATTACH TO OR BE INCURRED BY THE COMPANY OR THE AEP SYSTEM FOR, OR ON ACCOUNT OF, ANY LOSS, COST, EXPENSE, OR DAMAGE CAUSED BY OR RESULTING FROM, EITHER DIRECTLY OR INDIRECTLY, ANY SERVICE PROVIDED UNDER THE PROVISIONS OF THIS RIDER.**

Ancillary Demand Response Options.

Participants shall have three (3) Ancillary service options to participate under DRS3.  The options include: (1) Day-Ahead Scheduling Reserves, (2) Synchronized Reserves Market and (3) Regulation Market. The detail for each DRS3 option is as follows:

**1.   DAY-AHEAD SCHEDULING RESERVES (DASR)**
Description:  Day-Ahead Scheduling Reserves is the procurement of supplemental, 30-minute reserves on the PJM system on a day-ahead basis.  It is an offer-based market for 30-minute reserve that can be provided by both generation and demand resources.  It will clear existing reserve requirements on a day-ahead, forward basis.

Day-Ahead Scheduling Reserves Requirements / Implementation

a.   One-minute interval metering is required for customers electing to participate under the Day-Ahead Scheduling Reserves option.
b.   Participants electing the Day-Ahead Scheduling Reserves option agree to provide 30-minute reserves on a day-ahead basis.  Participants shall have 30-minutes to reduce load to the assigned MW amount (which shall not be less than 0.1 MW).
c.   The Company submits bids to supply PJM Day-Ahead Scheduling Reserves, in the PJM Day-Ahead Market, based upon information provided in advance by participant.  Customer shall be required to submit data information at a time suitable for the Company to manage or facilitate day-ahead market activities.
d.   Load response is dispatched by PJM in real-time.
e.   Customer communication method must be approved by PJM.
f.   A Demand Resource with a Day-ahead Scheduling Reserve award is obligated to reduce load within 30 minutes of notification for all hours of the operating day in which it received the DASR award.

(Cont'd on Sheet No. __._)

**ISSUED BY**                                          **COMMENCING WITH THE FIRST BILLING**
**PAUL CHODAK III**                                 **CYCLE IN THE MONTH OF _____ 2011**
**PRESIDENT**
**FORT WAYNE, INDIANA**                       **ISSUED UNDER AUTHORITY OF THE**
                                                             **INDIANA UTILITY REGULATORY COMMISSION**
                                                             **DATED _____ __, 2011**
                                                             **IN CAUSE NO. 43566 PJM 1**

**I.U.R.C. NO. 15**                                          **ORIGINAL SHEET NO. ___**
**INDIANA MICHIGAN POWER COMPANY**
**STATE OF INDIANA**

## RIDER D.R.S. 3
### (Demand Response Service – Ancillary)

(Cont'd from Sheet No. __)

g.  For Demand Resources, measurement is the difference between the demand resource's MW consumption at the time a resource is requested by PJM dispatch to reduce and its MW consumption after 30 minutes of the request.  In order to allow for small fluctuations and possible telemetry delays, demand resources consumption at the start of the event is defined as the greatest telemetered consumption between one (1) minute prior to and one (1) minute following the issuance of the dispatch instruction.  Similarly, a demand resource's consumption thirty minutes after the dispatcher request is defined as the lowest consumption measured between twenty nine (29) and thirty (31) minutes after the start of the request.

**Day-Ahead Scheduling Reserves Payment / Credit:**
The Company shall provide payment / credit to participant as the product of the Day-Ahead Cleared Scheduling Reserve (MW) or assigned MW and the Day-Ahead Scheduling Reserve (DASR) Clearing Price as determined by PJM.  In the event PJM dispatches a reduction in load, participant will receive payment / credit as a product of the amount of reduction and AEP Zonal LMP ("LMP) for the duration of the dispatch period.
Payment / credit will not be provided for energy that is also receiving payment or curtailment credits under Rider D.R.S. 1 or Rider D.R.S. 2.

**Day-Ahead Scheduling Reserves Non-Compliance Charge:**

In the event the customer does not reduce assigned load in compliance with the Day-Ahead Scheduling Reserves program rules, then a charge shall be issued to the customer, which shall include the following:

1.  Forfeiture of revenue over hours assigned for the day, and any contiguously awarded hours prior to such compliance failure.

2.  **SYNCHRONIZED RESERVES (SR) MARKET**
Description:  SR Market provides for the supply of electricity if the grid has an unexpected need for more power on short notice.  Demand resources may bid to supply synchronized reserve by reducing their energy use within ten (10) minutes.  Synchronized Reserve resources include demand response and generator resources.

**Synchronized Reserves Market Requirements / Implementation:**
a.  One-minute interval metering is required for customers electing to participate under the SR Market option.
b.  The minimum kW reduction is 500 kW.
c.  Customer shall be required to reduce load within ten (10) minutes when notified by the Company for a SR event, if cleared in SR market.
d.  Participation in Synchronized Reserves Market requires 24-hour all-call availability unless participant defines hour(s) of participation.

(Cont'd on Sheet No. __.__)

**ISSUED BY**                                   **COMMENCING WITH THE FIRST BILLING**
**PAUL CHODAK III**                             **CYCLE IN THE MONTH OF _____ 2011**
**PRESIDENT**
**FORT WAYNE, INDIANA**                         **ISSUED UNDER AUTHORITY OF THE**
                                                **INDIANA UTILITY REGULATORY COMMISSION**
                                                **DATED _____ __, 2011**
                                                **IN CAUSE NO. 43566 PJM 1**

Respondent's Exhibit 1
Page 4 of 7

**I.U.R.C. NO. 15**                                                      **ORIGINAL SHEET NO. ___**
**INDIANA MICHIGAN POWER COMPANY**
**STATE OF INDIANA**

**RIDER D.R.S. 3**
**(Demand Response Service – Ancillary)**

(Cont'd from Sheet No. __)

    e.  The Company submits operational information regarding the curtailment capability to PJM based upon information provided in advance by participant who shall be required to submit information at a time suitable for the Company to manage or facilitate Synchronized Reserves market activities.

    f.  The Company monitors PJM Synchronized Reserves Market operations and notifies the participant if the customer's specified load is cleared by PJM.

**Customers shall have two options to participate in the Synchronized Reserves Market. They include:**

    i.  **"Tier 1" option** is voluntary during a PJM SR event.  In the event the customer's load does not clear, customer can still reduce specified load.  Customer is eligible for payment if they are capable of receiving real-time instruction from Company, 24-hours a day, and reduce load within 10 minutes.

**Tier 1 Payment / Credit:**
Payment / credit under Tier 1 is equal to the integrated decrease in MW consumption for demand response resources from each resource over the length of a synchronized reserve event times the Synchronized Energy Premium.  If load reduction is not achieved by the time the event is cancelled, no payment/credit will be granted.

Synchronized Energy Premium is defined as the average of the 5-minute LMPs calculated during the synchronized reserve event plus $50/MWh less the hourly integrated LMP.

Other than any applicable synchronized energy premium, payment / credits will not be provided for energy that is also receiving payment or curtailment credits under Rider D.R.S. 1 or Rider D.R.S. 2.

**Tier 1 Non-Compliance Charge:**
No charge for customers not complying under Tier 1.

    ii.  **"Tier 2" option** is the event the offer clears in the hourly market, then a mandatory reduction of load in ten (10) minutes is required by the customer during a PJM SR event.  Tier 2 consists of the additional resources that are synchronized to the grid and operating at a point that deviates from economic dispatch to provide additional synchronized reserve not available from Tier 1 resources.

(Cont'd on Sheet No. __._)

**ISSUED BY**                                          **COMMENCING WITH THE FIRST BILLING**
**PAUL CHODAK III**                                    **CYCLE IN THE MONTH OF _____ 2011**
**PRESIDENT**
**FORT WAYNE, INDIANA**                                **ISSUED UNDER AUTHORITY OF THE**
                                                       **INDIANA UTILITY REGULATORY COMMISSION**
                                                       **DATED _____ __, 2011**
                                                       **IN CAUSE NO. 43566 PJM 1**

**Respondent's Exhibit 1**
**Page 5 of 7**

**I.U.R.C. NO. 15**                                             **ORIGINAL SHEET NO. ___**
**INDIANA MICHIGAN POWER COMPANY**
**STATE OF INDIANA**

### RIDER D.R.S. 3
### (Demand Response Service – Ancillary)

(Cont'd from Sheet No. __)

**Tier 2 Payment / Credit:**
Payment / credit is provided to resource owner that has pool-scheduled synchronized reserve.

SR payment / credit for resources assigned pool-scheduled synchronized reserve is the resource's synchronized reserve offer times its assigned synchronized reserve capability less any shortfall due to failure to provide assigned capability during a synchronized reserve event (plus opportunity cost, energy use costs, and startup costs incurred, for generators), as applicable.

**Tier 2 Non-Compliance Charge:**
In the event the customer does not reduce specified load to meet the PJM Synchronized Reserves Market under a Tier 2 commitment, then a charge shall be issued to the customer, which shall include the following:

1. Forfeiture of Tier 2 revenue over contiguous hours assigned (or, no payment for all hours included in the offer).
2. Payment of the Tier 2 (PJM) clearing price times the amount of non-performance for the three consecutive same peak days occurring at least three business days following the event.

Determination and verification of reductions shall be consistent with the requirements of the PJM Synchronized Reserves Market, including provisions related to "batch load" resources.

3. **REGULATION MARKET**

Description:  Regulation Market is a market-based system for the purchase and sales of the Regulation ancillary service.  Regulation Market service corrects for short-term changes in electricity use that might affect the stability of the power system.  This service helps match generation and load, and adjusts generation output to maintain desired frequency.  It is an automatic adjustment of load in response to a PJM dynamic regulation control signal.

Regulation Market Requirements / Implementation

a. Real-time telemetry (telemetering) required for customers electing to participate under the Regulation Market option.
b. The minimum kW offer shall be 500 kW.
c. Customer shall be required to submit data information at a time suitable for the Company to manage or facilitate day-ahead and intraday market activities.
d. Resource owners wishing to sell regulation service must at least supply a cost-based regulation offer.  All resources listed as available for regulation with no offer price have their offer prices set to zero.
e. In the event load is cleared by PJM in the Regulation Market, a mandatory response or automatic adjustment of load in response to PJM regulation control signal is required.

(Cont'd on Sheet No. __.__)

**ISSUED BY**                                    **COMMENCING WITH THE FIRST BILLING**
**PAUL CHODAK III**                              **CYCLE IN THE MONTH OF _____ 2011**
**PRESIDENT**
**FORT WAYNE, INDIANA**                          **ISSUED UNDER AUTHORITY OF THE**
                                                 **INDIANA UTILITY REGULATORY COMMISSION**
                                                 **DATED _____ __, 2011**
                                                 **IN CAUSE NO. 43566 PJM 1**

Respondent's Exhibit 1
Page 6 of 7

I.U.R.C. NO. 15                                                    ORIGINAL SHEET NO. ___
**INDIANA MICHIGAN POWER COMPANY**
**STATE OF INDIANA**

## RIDER D.R.S. 3
### (Demand Response Service – Ancillary)

(Cont'd from Sheet No. __)

f.  Customers electing this Regulation Market option shall decrease load or increase load as directed by the Company within five (5) minutes of notification.

g.  PJM clears the regulation market simultaneously with the synchronized reserve market, and posts the results no later than 30 minutes prior to the start of the operating hour.

h.  Each participant is required to pre-certify regulation capability prior to participation under this rider and avail itself to periodic testing of capability.

i.  Each participant shall be required to pay the Company's actual costs to set up and test its systems to enable Regulation participation.  The Company shall provide the Participant with an itemized invoice.

**Regulation Market Payment / Credit:**
The Company shall provide payment / credit to participant determined as the product of the PJM Regulation Market Clearing Price (RMCP) and the MW assigned, plus share of opportunity cost above RMCP.

**Regulation Market Non-Compliance Charge:**
In the event the customer fails to adequately follow the PJM Regulation signal, then a charge shall be issued to the customer, which shall include the following:

1.  Forfeiture of revenue for assigned MW.
2.  Periodic testing below 75% score requires re-certification process.

Regulation Market Qualifications / Eligibility:

The following resources criteria must be met to participate in the Regulation Market:

• Resources must be able to receive an AGC signal.

• Resources must demonstrate minimum performance standards, as set forth in the PJM Manual 12: Balancing Operations, Section 4: Providing Ancillary Services.

• New resources must pass an initial performance test (minimum 75% compliance required).

• Resources must exhibit satisfactory performance on dynamic evaluations.

• Resources MW output must be telemetered to the PJM control center in a manner determined to be acceptable by PJM.

• Demand Resources must be able to provide the smallest quantity of MW of Regulation Capability required by PJM, currently 0.5 MW, in order to participate in the Regulation Market.

• Demand Resources must complete initial and continuing training on Regulation and Synchronized Reserve Market as documented in Manual 40: Certification and Training Requirements, Section 2.6: Training Requirements for Demand Response Resources Supplying Regulation and Synchronized Reserve.

(Cont'd on Sheet No. __.__)

ISSUED BY                                          COMMENCING WITH THE FIRST BILLING
PAUL CHODAK III                                    CYCLE IN THE MONTH OF _____ 2011
PRESIDENT
FORT WAYNE, INDIANA                                ISSUED UNDER AUTHORITY OF THE
                                                   INDIANA UTILITY REGULATORY COMMISSION
                                                   DATED _____ __, 2011
                                                   IN CAUSE NO. 43566 PJM 1

Respondent's Exhibit 1
Page 7 of 7

**I.U.R.C. NO. 15**                                    **ORIGINAL SHEET NO. ___**
**INDIANA MICHIGAN POWER COMPANY**
**STATE OF INDIANA**

## RIDER D.R.S. 3
### (Demand Response Service – Ancillary)

(Cont'd from Sheet No. __)

**General Terms and Conditions under Rider DRS-3**

Curtailment Credit.

Customers enrolled in Riders D.R.S.-1, D.R.S.-2 and D.R.S.-3 shall only receive a single curtailment credit for energy reduced under one of these three riders.  For example, curtailment credits for any energy reduced under the DASR option of Rider D.R.S.-3 are provided under Rider D.R.S.-2.

Settlement.

The credit, for any curtailments during the billing month, will be paid or credited to the participant within 60 days after the end of the billing month in which the curtailment occurred.  A customer may request the aggregation of individual customer account credits into a single credit.

Customer Charge.

Participants taking service under this Rider shall pay a monthly customer charge of $150.00 per account to offset the cost of the customer-related expenses for additional load determination and billing expenses.  If a change in metering equipment or functionality is required, participants taking service under this Rider shall pay the additional cost of equipment and installation.  The Company will make available to the participant the real time pulse metering data, if requested by the participant, for an additional fee.

Term.

Contracts under this Rider shall be made for an initial period of two (2) years and shall remain in effect thereafter until either party provides to the other at least 30 days' written notice of its intention to discontinue service under the terms of this Rider.  A new initial period will not be required for a customer that has previously participated.

Special Terms and Conditions.

Individual customer information, including, but not limited to, operational information and Curtailment Options, shall remain confidential.

**ISSUED BY**                          **COMMENCING WITH THE FIRST BILLING**
**PAUL CHODAK III**                    **CYCLE IN THE MONTH OF _____ 2011**
**PRESIDENT**
**FORT WAYNE, INDIANA**                **ISSUED UNDER AUTHORITY OF THE**
                                       **INDIANA UTILITY REGULATORY COMMISSION**
                                       **DATED _____ __, 2011**
                                       **IN CAUSE NO. 43566 PJM 1**