# United States District Court

for the
Southern District of Indiana

Midwest Renewable Energy Association, Inc. )
and Citizens Action Coalition of Indiana, Inc.)
             *Plaintiffs,*      )
                         )
          vs.             )      Cause No: 1:26-cv-632
                         )
Andrew Zay, Chairman, Indiana Utility    )
Regulatory Commission, and David Veleta,  )
David Ziegner, Robert Deig and       )
Anthony Swinger, Commissioners,     )
             *Defendants*

## SUMMONS IN A CIVIL ACTION

TO:

Chairman Andrew Zay
Indiana Utility Regulatory Commission
PNC Center
101 W. Washington Street, Ste 1500E
Indianapolis, IN 46204

Commissioner David Zeigner
Indiana Utility Regulatory Commission
PNC Center
101 W. Washington Street, Ste 1500E
Indianapolis, IN 46204

Commissioner David Veleta
Indiana Utility Regulatory Commission
PNC Center
101 W. Washington Street, Ste 1500E
Indianapolis, IN 46204

Commissioner Robert Deig
Indiana Utility Regulatory Commission
PNC Center
101 W. Washington Street, Ste 1500E
Indianapolis, IN 46204

Commissioner Anthony Swinger
Indiana Utility Regulatory Commission
PNC Center
101 W. Washington Street, Ste 1500E
Indianapolis, IN 46204

     A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs' attorney, whose name and address are:

David C. Bender
Earthjustice
180 Steuart Street, #194330
San Francisco, CA 94105
(202) 667-4500
dbender@earthjustice.org


     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____                    _____

                                                 *Signature of Clerk or Deputy Clerk*

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*

_____ was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with

*(name)*_____

_____, a person of suitable age and discretion who resides

there, on *(date)* _____, and mailed a copy to the individual's last known

address; or

☐ I served the summons on *(name of individual)* _____,

who is designated by law to accept service of process on behalf of *(name of organization)*

_____ _____on *(date)* _____;

or

☐ I returned the summons unexecuted because

_____; or

☐ Other *(specify):*



My fees are $ _____for travel and $_____for services, for a total of

$_____.



I declare under penalty of perjury that this information is true.



Date: _____          _____

                                                        *Server's Signature*



                                                        _____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc.