UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MIDWEST RENEWABLE ENERGY ASSOCIATION, INC., and CITIZENS ACTION COALITION OF INDIANA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:26-cv-00632-RLY-MKK |
| v. | ) ) | |
| ANDREW ZAY, Chairman, Indiana Utility Regulatory Commission, and DAVID VELETA, DAVID ZIEGNER, ROBERT DEIG, and ANTHONY SWINGER, Commissioners, Indiana Utility Regulatory Commission, | ) ) ) ) ) | |
| Defendants. | | |

## DEFENDANTS' MOTION TO DISMISS

Defendants, in their official capacities, by counsel, respectfully move to dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief pursuant to Federal Rules of Civil Procedure 12(b)(1). A memorandum in support of this motion is being filed contemporaneously and all arguments are incorporated herein.

WHEREFORE, Defendants respectfully move the Court to dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief and for all other just and proper relief.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
Attorney No. 18857-49

Date: June 5, 2026    By:    Bradley S. Davis
Deputy Attorney General
Attorney No. 38172-53

1

Office of Attorney General Todd Rokita
IGCS 5th Floor
302 W. Washington St.
Indianapolis, IN  46204
(317) 233-5601
Bradley.Davis@atg.in.gov