UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MIDWEST RENEWABLE ENERGY ASSOCIATION,<br>CITIZENS ACTION COALITION OF INDIANA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID E. VELETA,<br>ANDREW ZAY,<br>DAVID ZEIGNER,<br>ROBERT DEIG,<br>ANTHONY SWINGER,<br><br>Defendants. | ) | No. 1:26-cv-00632-RLY-MKK |

**ENTRY AND ORDER FROM TELEPHONIC INITIAL PRETRIAL CONFERENCE**

On July 20, 2026, the Parties, by counsel, appeared for a telephonic initial pretrial conference with the Magistrate Judge. The Case Management Plan submitted in this case is **APPROVED** as amended and will be entered as a separate order.

Defendants agree that their Motion to Dismiss, (Dkt. 10), is moot and agree to withdraw it. Docket No. 10 will be shown as **WITHDRAWN**.

This matter is set for a telephonic status conference on **November 4, 2026, at 9:30 a.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**SO ORDERED.**

Date: 7/21/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email.