UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MIDWEST RENEWABLE ENERGY ASSOCIATION, INC., and CITIZENS ACTION COALITION OF INDIANA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY SWINGER, DAVID ZIEGNER, ROBERT DEIG, JOSHUA BAIN, and JOBY JERRELLS, Commissioners, Indiana Utility Regulatory Commission,<br><br>Defendants. | Case No. 1:26-cv-00632-RLY-MKK |

**JOINT STIPULATION FOR SUBSTITUTION OF PUBLIC OFFICERS AND TO AMEND CAPTION**

Plaintiffs Midwest Renewable Energy Association, Inc. and Citizens Action Coalition of Indiana, Inc., together with Defendants Anthony Swinger, Bob Deig, David Ziegner, Joshua Bain, and Joby Jerrells, in their official capacities as Commissioners of the Indiana Utility Regulatory Commission (collectively, the "Parties"), hereby stipulate and agree as follows:

1. Plaintiffs filed their First Amended Complaint in this matter on June 25, 2026, naming former Commissioners Andrew Zay and David Veleta as defendants in their official capacities.

2. Subsequent to the filing of the operative complaint, Andrew Zay ceased to hold office as a Commissioner of the Indiana Utility Regulatory Commission. Joshua Bain was subsequently appointed to the Commission as his successor.

3. Subsequent to the filing of the operative complaint, David Veleta resigned and also ceased to hold office as a Commissioner of the Indiana Utility Regulatory Commission. Joby Jerrells was subsequently appointed to the Commission as his successor.

4. Pursuant to Federal Rule of Civil Procedure 25(d)[1], when a public officer ceases to hold office while an action is pending, the action does not abate and the officer's successor is automatically substituted as a party.

5. Accordingly, by operation of law, Commissioner Joshua Bain is substituted as a Defendant in place of Andrew Zay, and Commissioner Joby Jerrells is substituted as a Defendant in place of David Veleta.

6. The Parties hereby stipulate that the caption of all future filings in this action shall reflect this automatic substitution as set forth above.

7. A proposed order giving effect to this Stipulation is attached hereto.

Dated: November 4, 2026

By: */s/ David C. Bender*
David C. Bender
EARTHJUSTICE
180 Steuart Street, #194330
San Francisco, CA 94105

*Counsel for Plaintiffs*

---

[1] Fed. R. Civ. P. 25(d) provides:

> Public Officers; Death or Separation from Office. An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution.

By: *s/ Meredith McCutcheon*
Meredith McCutcheon
Deputy Attorney General
Office of Indiana Attorney General Todd Rokita
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204

*Counsel for Defendants*