UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MIDWEST RENEWABLE ENERGY ASSOCIATION, and CITIZENS ACTION COALITION OF INDIANA, INC., Plaintiffs, | ) | |
| v. | ) | No. 1:26-cv-00632-RLY-MKK |
| DAVID E. VELETA Commissioner, et al., Defendants. | ) | |

**ORDER**

Before the Court is the parties' Joint Stipulation for Substitution of Public Officers and to Amend Caption. Dkt. [31]. By operation of law pursuant to Federal Rule of Civil Procedure 25(d),[1] it is **ORDERED**:

1. Joshua Bain, in his official capacity as Commissioner of the Indiana Utility Regulatory Commission, is substituted as a Defendant in place of Andrew Zay.
2. Joby Jerrells, in his official capacity as Commissioner of the Indiana Utility Regulatory Commission, is substituted as a Defendant in place of David Veleta.

---

[1] Fed. R. Civ. P. 25(d) provides:

> Public Officers; Death or Separation from Office. An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution.

3. The Clerk of the Court is **DIRECTED** to amend the electronic docket and case caption to mirror the parties as listed in the caption of this Order.

So **ORDERED**.

Date: 11/10/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email.